

2015 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

4-30-2015

# 800 River Road Operating Co LL v. NLRB

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2015

Recommended Citation

"800 River Road Operating Co LL v. NLRB" (2015). *2015 Decisions.* Paper 433.
http://digitalcommons.law.villanova.edu/thirdcircuit_2015/433

This April is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2015 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

**PRECEDENTIAL**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

Nos. 14-1571 and 14-2036
_____

800 RIVER ROAD OPERATING CO LLC,
DBA Woodcrest Health Care Center,
Petitioner in No. 14-1571

v.

NATIONAL LABOR RELATIONS BOARD,
Respondent

1199 SEIU UNITED HEALTHCARE WORKERS EAST
NEW JERSEY REGION,
Intervenor

*Amended Pursuant to Clerk Order entered 04/22/14

NATIONAL LABOR RELATIONS BOARD,
Cross-Petitioner in No. 14-2036

v.

800 RIVER ROAD OPERATING CO LLC,
D/B/A Woodcrest Health Care Center,
Cross-Respondent
_____

On Petition for Review and Cross-Application
for Enforcement of an Order of
the National Labor Relations Board
(Case No. 22-CA-083628)
_____

Argued on January 23, 2015

(Opinion filed: April 29, 2015)

Before:  RENDELL, SMITH and KRAUSE, <u>Circuit Judges</u>

Paul D. Clement, Esq.
William R. Levi, Esq.
Erin Murphy, Esq.   **(Argued)**
Bancroft PLLC
1919 M Street, N.W.
Suite 470
Washington, DC 20036

Rosemary Alito, Esq.
George P. Barbatsuly, Esq.
K & L Gates, LLP
One Newark Center
Tenth Floor
Newark, NJ 07102
            *Counsel for Petitioner/Cross-Respondent 800*
            *River Road Operating Co, LLC*


Kira D. Vol, Esq.
Julie B. Broido, Esq.
Jared D. Cantor, Esq.   **(Argued)**
Linda Dreeben, Esq.
Richard F. Griffin, Jr., Esq.
Jennifer Abruzzo, Esq.
John H. Ferguson, Esq.
National Labor Relations Board
Appellate Court Branch
1099 14th Street, N.W.
Washington, DC   20570
            *Counsel for Respondent/Cross-Petitioner*
            *National Labor Relations Board*

## ORDER AMENDING OPINION

**IT IS SO ORDERED**, that the published Opinion in the above case, filed on

April 29, 2015, be amended as follows:

**On page 4**, **paragraph 1**, **line 6,** delete the following:

The word "ommitting"

and **replace it with**:

The word "committing"

The amendment does not change the date of filing, April 29, 2015.

By the Court,

s/MARJORIE O. RENDELL
Circuit Judge

Dated: April 30, 2015
CJG/cc:     William S. Massey, Esq.
          Kira D. Vol, Esq.
          Linda Dreeben, Esq.
          Jared D. Cantor, Esq.
          Erin E. Murphy, Esq.
          William R. Levi, Esq.
          Paul D. Clement, Esq.